

USDC- BALTIMORE
'23 NOV 29 PM6:01

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

      **vs.**

**AYAZ QURESHI**

\*

\*

\*

**Case No.   RDB-22-0330**

\*\*\*\*\*\*

## ORDER

Upon due consideration of Defendant's Motion and for all of the reasons set forth on the record which are to be supplemented by a written Memorandum Opinion, it is hereby ordered on this 29th day of November 2023, that:

1. That the plea agreement tendered before this Court on October 14th, 2022 as to the above-named Defendant is hereby STRICKEN and VACATED.


NOVEMBER 29, 2023
Date

_Richard D. Bennett_
_United States Senior District Judge_